# *Exhibit "2"*

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Tuesday, May 14, 2024 10:32 AM
**To:** Brent Buyse
**Cc:** Kirstie Simmerman; Andrew Gautreaux; Greg Evans
**Subject:** Fw: Legacy v. Optimum, 3:22-cv-0794-S

**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

Brent,

Since you are so obsessed with discovery abuse(s), can you explain why you intentionally withheld Optimum's D&O insurance policy for over 14 months, despite repeated requests by Legacy's attorneys.

Thankfully, Mr. Evans was able to discover the existence of the policy in his deposition of Derrick May - otherwise you would have hid it during this entire litigation - wouldn't you have?

It is even more alarming considering that the Insurance Carriers WERE PAYING YOUR FIRMS BILLS, yet you conveniently couldn't be bothered to produce it FOR OVER A YEAR!!

I highly suggest that you focus your energy on defending this trade secrets litigation. As you likely know, May et. al. violated federal criminal law when they stole Legacy's trade secrets, and I intend to send our entire file to the U.S. Attorneys office after we smoke you at trial.

---

**From:** Greg Evans <greg@gevanslaw.com>
**Sent:** Monday, May 13, 2024 1:26 PM
**To:** Phillip Peterson <phillip.peterson@outlook.com>
**Subject:** FW: Legacy v. Optimum, 3:22-cv-0794-S

Brent Email No. 1 (I did the Yellow highlighting)

---

**From:** Brent Buyse <bbuyse@grsm.com>

**Date:** Thursday, May 9, 2024 at 5:14 PM

**To:** Greg Evans <greg@gevanslaw.com>, Brian Farlow <bfarlow@fultonjeang.com>, Kirstie Simmerman <ksimmerman@grsm.com>, David Babb <dbabb@grsm.com>
**Subject:** RE: Legacy v. Optimum, 3:22-cv-0794-S

Greg:

RFP 10 – you haven't produced anything.
RFP 16 – Do you only have the two emails? Is that what you're building the magna claim on?
RFP 17 – missing.
RFP 18 – you haven't produced anything or indicated if you will.
RFP 28 – we have no underlying documents to validate the information on the balance sheets and the last balance sheet we have is December 2020.
Rog 7 indicates Legacy is in possession of documents responsive to RFP 7-10 which have not been produced ("several Legacy's Investment Partners sent Mr. Gautreaux a copy of the PPM/CIM")

No matter if Legacy or a creditor is the entity trying this case, the trial will be about the truth and not just the super convenient and circumstantial fable you're trying to sell.

Best regards,

Brent

---

**Brent Buyse** | Senior Counsel (Licensed in Texas & Illinois)

**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**
**CELEBRATING 50 YEARS OF EXCELLENCE**

2200 Ross Avenue, Suite 3700, Dallas, TX 75201
One North Franklin, Suite 800, Chicago, IL 60606

D: 214-231-4725 | bbuyse@grsm.com

www.grsm.com
vCard | Bio

**From:** Greg Evans <greg@gevanslaw.com>
**Sent:** Thursday, May 9, 2024 4:04 PM
**To:** Brent Buyse <bbuyse@grsm.com>; Brian Farlow <bfarlow@fultonjeang.com>; Kirstie Simmerman <ksimmerman@grsm.com>
**Subject:** Re: Legacy v. Optimum, 3:22-cv-0794-S

Explain exactly what document(s) Defendants requested (identify your RFP's by number) -- and then exactly what document(s) Legacy has but did not produce.

---

**From:** Brent Buyse <bbuyse@grsm.com>
**Date:** Thursday, May 9, 2024 at 3:59 PM
**To:** Greg Evans <greg@gevanslaw.com>, Brian Farlow <bfarlow@fultonjeang.com>, Kirstie Simmerman <ksimmerman@grsm.com>
**Subject:** Re: Legacy v. Optimum, 3:22-cv-0794-S
Greg:

information will tell the truth as to why Legacy is financially ruined. Stop playing games.

---

**BRENT BUYSE** | Senior Counsel (Licensed in Texas & Illinois)

**GORDON REES SCULLY MANSUKHANI/GRSM50**
**YOUR 50 STATE LAW FIRM™**

2200 Ross Avenue, Suite 3700, Dallas, TX 75201
One North Franklin, Suite 800, Chicago, IL 60606

D: 214-231-4725 | bbuyse@grsm.com

www.grsm.com
vCard | Bio

**http://www.grsm.com**