# *Exhibit "3"*

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Tuesday, May 14, 2024 10:32 AM
**To:** Brent Buyse
**Cc:** Kirstie Simmerman; Andrew Gautreaux; Greg Evans
**Subject:** Fw: Legacy v. Optimum, 3:22-cv-0794-S

**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

Brent,

Since you are so obsessed with discovery abuse(s), can you explain why you intentionally withheld Optimum's D&O insurance policy for over 14 months, despite repeated requests by Legacy's attorneys.

Thankfully, Mr. Evans was able to discover the existence of the policy in his deposition of Derrick May - otherwise you would have hid it during this entire litigation - wouldn't you have?

It is even more alarming considering that the Insurance Carriers WERE PAYING YOUR FIRMS BILLS, yet you conveniently couldn't be bothered to produce it FOR OVER A YEAR!!

I highly suggest that you focus your energy on defending this trade secrets litigation.   As you likely know, May et. al. violated federal criminal law when they stole Legacy's trade secrets, and I intend to send our entire file to the U.S. Attorneys office after we smoke you at trial.