# *Exhibit "4"*

**From:** Brent Buyse
**Sent:** Tuesday, May 14, 2024 10:43 AM
**To:** Phillip Peterson
**Cc:** Kirstie Simmerman; Andrew Gautreaux; Greg Evans
**Subject:** Re: Legacy v. Optimum, 3:22-cv-0794-S

Phillip:

You are entirely mistaken.

Best regards,

Brent

---

**BRENT BUYSE** | Senior Counsel (Licensed in Texas & Illinois)

**GORDON REES SCULLY MANSUKHANI/GRSM50**
**YOUR 50 STATE LAW FIRM™**

2200 Ross Avenue, Suite 3700, Dallas, TX 75201
One North Franklin, Suite 800, Chicago, IL 60606

D: 214-231-4725 | bbuyse@grsm.com

www.grsm.com
vCard | Bio

---

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Tuesday, May 14, 2024 10:32:24 AM
**To:** bbuyse@grsm.com <bbuyse@grsm.com>
**Cc:** ksimmerman@grsm.com <ksimmerman@grsm.com>; Andrew Gautreaux <texasoil2010@yahoo.com>; Greg Evans <greg@gevanslaw.com>
**Subject:** Fw: Legacy v. Optimum, 3:22-cv-0794-S

**External Email: STOP! LOOK! THINK! before you engage.**
This message came from outside GRSM.

Brent,

Since you are so obsessed with discovery abuse(s), can you explain why you intentionally withheld Optimum's D&O insurance policy for over 14 months, despite repeated requests by Legacy's attorneys.

Thankfully, Mr. Evans was able to discover the existence of the policy in his deposition of Derrick May - otherwise you would have hid it during this entire litigation - wouldn't you have?