# *Exhibit "5"*

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Tuesday, May 14, 2024 10:52 AM
**To:** Kirstie Simmerman; Brent Buyse
**Cc:** Greg Evans; Andrew Gautreaux
**Subject:** Fw: Legacy Mediation Expenses from Crescent Court
**Attachments:** 03.05.24 Legacy Mediation Final Booking Check_.pdf

**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

Brent,

You are an embarassment to your law firm.  These juvenile emails that you are sending to well respected attorneys are making your law firm look like a low rent chop shop.

You need to grow up or seek counseling.