# *Exhibit "6"*

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Tuesday, May 14, 2024 10:56 AM
**To:** Brent Buyse
**Cc:** Kirstie Simmerman; Andrew Gautreaux; Greg Evans
**Subject:** Re: Legacy v. Optimum, 3:22-cv-0794-S

**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

Brent,

Do yourself a favor and that of your professional reputation and exhibit professionalism in the upcoming trial.

Regards,
Phillip