# *Exhibit "7"*

**From:** Brent Buyse
**Sent:** Tuesday, May 14, 2024 11:03 AM
**To:** Phillip Peterson
**Cc:** Kirstie Simmerman; Andrew Gautreaux; Greg Evans
**Subject:** Re: Legacy v. Optimum, 3:22-cv-0794-S

Phillip:

You seem nervous. Please copy us on whatever files you send to the US Attorney. We would appreciate the opportunity to see evidence of trade secret theft since we haven't seen any to date.

Best regards,

Brent

---


**BRENT BUYSE** | Senior Counsel (Licensed in Texas & Illinois)

**GORDON REES SCULLY MANSUKHANI/GRSM50**
**YOUR 50 STATE LAW FIRM™**

2200 Ross Avenue, Suite 3700, Dallas, TX 75201
One North Franklin, Suite 800, Chicago, IL 60606

D: 214-231-4725 | bbuyse@grsm.com

www.grsm.com
vCard | Bio


---

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Tuesday, May 14, 2024 10:56:20 AM
**To:** Brent Buyse <bbuyse@grsm.com>
**Cc:** Kirstie Simmerman <ksimmerman@grsm.com>; Andrew Gautreaux <texasoil2010@yahoo.com>; Greg Evans <greg@gevanslaw.com>
**Subject:** Re: Legacy v. Optimum, 3:22-cv-0794-S


**External Email: STOP! LOOK! THINK! before you engage.**
This message came from outside GRSM.


Brent,

Do yourself a favor and that of your professional reputation and exhibit professionalism in the upcoming trial.

Regards,
Phillip