# *Exhibit "8"*

| | |
|---|---|
| **From:** | Phillip Peterson <phillip.peterson@outlook.com> |
| **Sent:** | Tuesday, May 14, 2024 12:20 PM |
| **To:** | Brent Buyse |
| **Cc:** | Kirstie Simmerman; Andrew Gautreaux; Greg Evans |
| **Subject:** | Re: Legacy v. Optimum, 3:22-cv-0794-S |

**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

Brent,

Did you and Kirstie run your illegal scheme to derail our federal litigation by your firm's General Counsel?

It is ethically problematic to say the least and I think you are both going to have some challenges moving forward.

Did you get an ethics opinion from a State Bar Ethics specialist?

Thanks,
Phillip

---

**From:** Brent Buyse <bbuyse@grsm.com>
**Sent:** Tuesday, May 14, 2024 11:02 AM
**To:** Phillip Peterson <phillip.peterson@outlook.com>
**Cc:** Kirstie Simmerman <ksimmerman@grsm.com>; Andrew Gautreaux <texasoil2010@yahoo.com>; Greg Evans <greg@gevanslaw.com>
**Subject:** Re: Legacy v. Optimum, 3:22-cv-0794-S

Phillip:

You seem nervous. Please copy us on whatever files you send to the US Attorney. We would appreciate the opportunity to see evidence of trade secret theft since we haven't seen any to date.

Best regards,

Brent

**BRENT BUYSE** | Senior Counsel (Licensed in Texas & Illinois)

**GORDON REES SCULLY MANSUKHANI/GRSM50**
**YOUR 50 STATE LAW FIRM™**