# *Exhibit "9"*

**From:** Kirstie Simmerman <ksimmerman@grsm.com>
**Sent:** Tuesday, May 14, 2024 5:05 PM
**To:** Phillip Peterson <phillip.peterson@outlook.com>; Brent Buyse <bbuyse@grsm.com>
**Cc:** Andrew Gautreaux <texasoil2010@yahoo.com>; Greg Evans <greg@gevanslaw.com>
**Subject:** RE: Legacy v. Optimum, 3:22-cv-0794-S

Mr. Peterson,

If you have anything of any import to discuss regarding the state court case in which you are counsel of record, please let us know. Otherwise, the barrage of emails we have received from you today is unproductive and I would ask that you stop.

We will continue to communicate with Mr. Evans and Mr. Toups – the attorneys who have appeared on behalf of Legacy – regarding the federal litigation.

Regards,

**Kirstie M. Simmerman** | Co-Managing Partner, Dallas

**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**
**CELEBRATING 50 YEARS OF EXCELLENCE**