# *Exhibit "12"*

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Tuesday, May 14, 2024 6:11 PM
**To:** Kirstie Simmerman; Brent Buyse
**Cc:** Andrew Gautreaux; Greg Evans
**Subject:** Re: Legacy v. Optimum, 3:22-cv-0794-S

**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

I suggest that both you and Mr. Buyse start acting like professionals and members of the Bar.

---

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Tuesday, May 14, 2024 6:10 PM
**To:** Kirstie Simmerman <ksimmerman@grsm.com>; Brent Buyse <bbuyse@grsm.com>
**Cc:** Andrew Gautreaux <texasoil2010@yahoo.com>; Greg Evans <greg@gevanslaw.com>
**Subject:** Re: Legacy v. Optimum, 3:22-cv-0794-S

Of course you couldn't even be bothered to attend our last mediation, so I doubt you are reading the unhinged rants of your colleague.

---

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Tuesday, May 14, 2024 6:06 PM
**To:** Kirstie Simmerman <ksimmerman@grsm.com>; Brent Buyse <bbuyse@grsm.com>
**Cc:** Andrew Gautreaux <texasoil2010@yahoo.com>; Greg Evans <greg@gevanslaw.com>; Phillip Peterson <phillip.peterson@outlook.com>
**Subject:** Re: Legacy v. Optimum, 3:22-cv-0794-S

Kirstie,

I suggest you read the unprofessional and sophomoric emails that Mr. Buyse continues to send to our legal team.

Are you reading his emails at all?   You probably should.

Thanks,

Phillip

---

**From:** Kirstie Simmerman <ksimmerman@grsm.com>
**Sent:** Tuesday, May 14, 2024 5:05 PM
**To:** Phillip Peterson <phillip.peterson@outlook.com>; Brent Buyse <bbuyse@grsm.com>
**Cc:** Andrew Gautreaux <texasoil2010@yahoo.com>; Greg Evans <greg@gevanslaw.com>
**Subject:** RE: Legacy v. Optimum, 3:22-cv-0794-S