# *Exhibit "13"*

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Friday, May 24, 2024 1:39:08 PM
**To:** bfarlow@fultonjeang.com <bfarlow@fultonjeang.com>; bbuyse@grsm.com <bbuyse@grsm.com>
**Cc:** Greg Evans <greg@gevanslaw.com>; Andrew Gautreaux <texasoil2010@yahoo.com>
**Subject:** Trojan Lawsuit.

**External Email: STOP! LOOK! THINK! before you engage.**
This message came from outside GRSM.

Mr. Farlow:

I left you a voicemail 3 weeks ago. I assume you are absolutely confounded with the preparations for your daughter's impending Coast Guard Graduation.

We are all waiting with bated breath to see her walk the stage since you as a NON PARTY delayed a $30M lawsuit.

Are you representing Trojan or simply trying to fuck up federal litigation?

I would like to know.

Thanks,
Phillip