# *Exhibit "15"*

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Friday, May 24, 2024 1:43:12 PM
**To:** bfarlow@fultonjeang.com <bfarlow@fultonjeang.com>; bbuyse@grsm.com <bbuyse@grsm.com>
**Cc:** Greg Evans <greg@gevanslaw.com>; Andrew Gautreaux <texasoil2010@yahoo.com>
**Subject:** Re: Trojan Lawsuit.

**External Email: STOP! LOOK! THINK! before you engage.**
This message came from outside GRSM.

So, I would advise your clients that your representation is consequently impaired.

---

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Friday, May 24, 2024 1:41 PM
**To:** bfarlow@fultonjeang.com <bfarlow@fultonjeang.com>; bbuyse@grsm.com <bbuyse@grsm.com>
**Cc:** Greg Evans <greg@gevanslaw.com>; Andrew Gautreaux <texasoil2010@yahoo.com>
**Subject:** Re: Trojan Lawsuit.

Here's the deal - both you and Mr. Buyse are fact witnesses and I intend to take both of your depositions.

---

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Friday, May 24, 2024 1:39 PM
**To:** bfarlow@fultonjeang.com <bfarlow@fultonjeang.com>; bbuyse@grsm.com <bbuyse@grsm.com>
**Cc:** Greg Evans <greg@gevanslaw.com>; Andrew Gautreaux <texasoil2010@yahoo.com>
**Subject:** Trojan Lawsuit.