# *Exhibit "16"*

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Friday, May 24, 2024 2:18 PM
**To:** Kirstie Simmerman; Brent Buyse
**Subject:** REPRESENTATION

**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

Guys:

You are both going to be fact witnesses in my lawsuit against Trojan.

Furthermore, I intend file a new lawsuit against Derrick May, Dave May, and Joseph Shelton.

I think its problematic for your to represent clients when you are a fact witness.