# *Exhibit "18"*

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Friday, May 24, 2024 3:03 PM
**To:** Kirstie Simmerman
**Cc:** Brent Buyse
**Subject:** Re: REPRESENTATION

**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

Both of you ethically challenged attorneys are going to be deposed by me.

---

**From:** Kirstie Simmerman <ksimmerman@grsm.com>
**Sent:** Friday, May 24, 2024 2:56 PM
**To:** Phillip Peterson <phillip.peterson@outlook.com>
**Cc:** Brent Buyse <bbuyse@grsm.com>
**Subject:** RE: REPRESENTATION

Mr. Peterson,

I believe you mentioned this fact witness theory during last week's string of manic emails. As I said then, if you have anything meaningful to discuss regarding the lawsuit, we are happy to do so. This is not that.

Regards,

---

**Kirstie M. Simmerman** | Co-Managing Partner, Dallas

**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**
**CELEBRATING 50 YEARS OF EXCELLENCE**

2200 Ross Avenue, Suite 3700, Dallas, TX 75201
633 West Fifth Street, 52nd Floor, Los Angeles, CA 90071

D: 214-231-4767 | ksimmerman@grsm.com

www.grsm.com