# *Exhibit "20"*

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Friday, May 24, 2024 3:06 PM
**To:** Kirstie Simmerman; Brent Buyse
**Subject:** Re: REPRESENTATION

**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

I am going to depose you two idiots. Is that clear?

---

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Friday, May 24, 2024 2:17 PM
**To:** ksimmerman@grsm.com <ksimmerman@grsm.com>; bbuyse@grsm.com <bbuyse@grsm.com>
**Subject:** REPRESENTATION

Guys:

You are both going to be fact witnesses in my lawsuit against Trojan.

Furthermore, I intend file a new lawsuit against Derrick May, Dave May, and Joseph Shelton.

I think its problematic for your to represent clients when you are a fact witness.