# *Exhibit "21"*

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Friday, May 24, 2024 3:10 PM
**To:** Kirstie Simmerman; Brent Buyse
**Subject:** Re: REPRESENTATION

**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

I hope have gotten ready for the malpractice lawsuit of your life.

Judge Ferguson told us that Brent was crazy and incompetent and he told the federal judge that.

Then you morons tried to pull a scam to evade your criminal responsibility.

We are ready to go to trial and kick your asses.

So, stop being losers and do your jobs!!!

---

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Friday, May 24, 2024 3:06 PM
**To:** ksimmerman@grsm.com <ksimmerman@grsm.com>; bbuyse@grsm.com <bbuyse@grsm.com>
**Subject:** Re: REPRESENTATION

I am going to depose you two idiots.   Is that clear?

---

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Friday, May 24, 2024 2:17 PM
**To:** ksimmerman@grsm.com <ksimmerman@grsm.com>; bbuyse@grsm.com <bbuyse@grsm.com>
**Subject:** REPRESENTATION

Guys:

You are both going to be fact witnesses in my lawsuit against Trojan.

Furthermore, I intend file a new lawsuit against Derrick May, Dave May, and Joseph Shelton.

I think its problematic for your to represent clients when you are a fact witness.