# *Exhibit "22"*

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Friday, May 24, 2024 3:15 PM
**To:** Kirstie Simmerman; Brent Buyse
**Cc:** Greg Evans; Andrew Gautreaux
**Subject:** SCHEDULE

**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

Legal Team:

If you guys are selling girl scout cookies or having enemas please let us know.

We are ready to go to trial.

Thanks,
Phillip