# *Exhibit "24"*

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Friday, May 24, 2024 3:33 PM
**To:** Kirstie Simmerman; Brent Buyse
**Cc:** Greg Evans; Andrew Gautreaux
**Subject:** Re: BUYSE MALPRACTICE ALERT

**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

Neither of you went to real law schools. You just are billing machines and you suck at practicing law.

---

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Friday, May 24, 2024 3:31 PM
**To:** ksimmerman@grsm.com <ksimmerman@grsm.com>; bbuyse@grsm.com <bbuyse@grsm.com>
**Cc:** Greg Evans <greg@gevanslaw.com>; Andrew Gautreaux <texasoil2010@yahoo.com>
**Subject:** BUYSE MALPRACTICE ALERT

Kirstie:

I was the GC of a NASDAQ company for 7 years. I have never encountered an attorney as fucking dumb as Brent Buyse.

Are you supervising him?

Thanks,

Phillip

---

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Friday, May 24, 2024 3:14 PM
**To:** ksimmerman@grsm.com <ksimmerman@grsm.com>; bbuyse@grsm.com <bbuyse@grsm.com>
**Cc:** Greg Evans <greg@gevanslaw.com>; Andrew Gautreaux <texasoil2010@yahoo.com>
**Subject:** SCHEDULE

Legal Team:

If you guys are selling girl scout cookies or having enemas please let us know.

We are ready to go to trial.

Thanks,
Phillip