# *Exhibit "26"*

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Friday, May 24, 2024 3:35 PM
**To:** Kirstie Simmerman; Brent Buyse
**Cc:** Greg Evans; Andrew Gautreaux
**Subject:** Re: BUYSE MALPRACTICE ALERT

**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

Has this asshole ever read a case?

He's so stupid there is now way it is possible.

---

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Friday, May 24, 2024 3:34 PM
**To:** ksimmerman@grsm.com <ksimmerman@grsm.com>; bbuyse@grsm.com <bbuyse@grsm.com>
**Cc:** Greg Evans <greg@gevanslaw.com>; Andrew Gautreaux <texasoil2010@yahoo.com>
**Subject:** Re: BUYSE MALPRACTICE ALERT

In all seriousness, how did you find Brent?  He is really fucking dumb!!!!

---

**From:** Phillip Peterson <phillip.peterson@outlook.com>
**Sent:** Friday, May 24, 2024 3:33 PM
**To:** ksimmerman@grsm.com <ksimmerman@grsm.com>; bbuyse@grsm.com <bbuyse@grsm.com>
**Cc:** Greg Evans <greg@gevanslaw.com>; Andrew Gautreaux <texasoil2010@yahoo.com>
**Subject:** Re: BUYSE MALPRACTICE ALERT

Neither of you went to real law schools.  You just are billing machines and you suck at practicing law.

---