# *Exhibit "28"*

**From:** Kirstie Simmerman
**Sent:** Friday, May 24, 2024 3:40 PM
**To:** greg@gevanslaw.com; matoups@wgttlaw.com; pm@pmalouflaw.com
**Cc:** Brent Buyse; David Babb
**Subject:** FW: BUYSE MALPRACTICE ALERT
**Attachments:** Re: BUYSE MALPRACTICE ALERT; Re: BUYSE MALPRACTICE ALERT; Re: BUYSE MALPRACTICE ALERT; Re: BUYSE MALPRACTICE ALERT

Gentlemen,

While I fear my request will have no effect, I'd ask that you tell Mr. Peterson to stop sending these inflammatory, rapid-fire emails. If it continues, we intend to advise Judge Scholer of Mr. Peterson's behavior.

Thank you,
Kirstie