**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **LEGACY EXPLORATION, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:22-CV-00794-S** |
| | § | |
| **OPTIMUM ENERGY PARTNERS LLC, OPTIMUM EXPLORATION, LLC, DERRICK MAY, CHANCE SMITH, JON PEARSON.** | § § § § | **JURY DEMANDED** |
| | § | |
| | § | |
| ***Defendants.*** | § | |

---

**DECLARATION OF BRENT T. BUYSE**

---

1. My name is Brent Buyse, I am over eighteen (18) years old, and I am competent to the attest to the facts set forth herein.

2. I am counsel of record for Defendants Optimum Energy Partners, LLC, Optimum Exploration, LLC, Derrick May, Chance Smith, and Jon Pearson (collectively, "Optimum Defendants"). In this capacity I am familiar with and have personal knowledge regarding email correspondence related to the representation of the Optimum Defendants and communications with opposing counsel and Legacy Exploration, LLC's corporate officers. My email address is bbuyse@grsm.com. I have personal knowledge and am familiar with the emails sent to and from that address and they are records which are regularly maintained and kept in the ordinary course of business by the law firm Gordon Rees Scully Mansukhani, LLP.

3. Attached to this declaration are exhibits 2-30, which are true and correct copies of emails received by and sent to phillip.peterson@outlook.com which is understood to be owned, used, and controlled by Phillip Peterson. Phillip Peterson is an owner of Legacy Exploration, LLC, the plaintiff in the above captioned and referenced case. The exhibits are unaltered and are exact duplicates of the originals received and sent.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

6/3/2024
Date

Brent T. Buyse