**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **LEGACY EXPLORATION, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:22-CV-00794-S** |
| | § | |
| **OPTIMUM ENERGY PARTNERS LLC, et al.** | § | |
| | § | |
| | § | |
| ***Defendants*.** | § | |

**[PROPOSED] ORDER GRANTING OPTIMUM DEFENDANTS' MOTION FOR SANCTIONS**

On this day the Court considered the Defendants' Motion for Sanctions. After considering the Motion, the Court GRANTS the Motion for Sanctions.

It is, therefore, ORDERED that the Court will issue monetary sanctions to Legacy Exploration LLC, and its attorneys, the following amounts:

1. Legacy Exploration LLC: $_______________
2. Attorneys for Legacy Exploration, LLC: $_______________

IT IS SO ORDERED.

SIGNED this the _____ day of ______________, 2024.

______________________________________
**THE HONORABLE KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**