# EXHIBIT 1

## (Produced Natively via Flash Drive)