# EXHIBIT 2

## (Produced Natively via Flash Drive)