# EXHIBIT 3

Loading...

Andrew Gautreaux, CEO

Loading...

2101 Cedar Springs Road
Suite 1580
Dallas, Texas 75201
214.736.7766 (Office)
469.283.1104 (Direct Dial)
214.901.6211 (Cellular)*

*Cellular line is reserved for existing partners only please. All vendors and prospective investors- You can reach me during normal business hours by calling 214.736.7766 and request extension 1104. All investing partners are welcome to call me anytime. If you have reached my inbox or it is full, please send me a text message. All text messages will be answered within 48 hours.

The information contained in this message is the proprietary and confidential information of Legacy Exploration, LLC and is intended only for the review and use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by calling 214-736-7766. Thank You.

---

**From:** Phillip Peterson <ppeterson@legacyexploration.com>
**Date:** Friday, February 11, 2022 at 12:57 PM
**To:** "tom@mcelyealaw.com" <tom@mcelyealaw.com>
**Cc:** "elshaw@shawcowart.com" <elshaw@shawcowart.com>, Andrew Gautreaux <andyg@legacyexploration.com>
**Subject:** Re: Optimum Energy Partners Litigation

You will be disbarred before this goes to trial hit you should attend for entertainment value.

Get Outlook for iOS

---

**From:** Phillip Peterson <ppeterson@legacyexploration.com>
**Sent:** Friday, February 11, 2022 12:51:10 PM
**To:** tom@mcelyealaw.com <tom@mcelyealaw.com>
**Cc:** elshaw@shawcowart.com <elshaw@shawcowart.com>; Andrew Gautreaux <andyg@legacyexploration.com>
**Subject:** Re: Optimum Energy Partners Litigation

Tom,

We are both lawyers. If you have any stones give me a call.

214-558-9548

Get Outlook for iOS

---

**From:** Phillip Peterson <ppeterson@legacyexploration.com>
**Sent:** Friday, February 11, 2022 12:47:28 PM
**To:** tom@mcelyealaw.com <tom@mcelyealaw.com>
**Cc:** elshaw@shawcowart.com <elshaw@shawcowart.com>; Andrew Gautreaux <andyg@legacyexploration.com>
**Subject:** Re: Optimum Energy Partners Litigation

Tom,

I heard you whined to Ethan. You are such a pussy. I can't wait to kick your ass at trial.

Cheers,

Phillip

Get Outlook for iOS

---

**From:** Phillip Peterson <ppeterson@legacyexploration.com>
**Sent:** Friday, February 11, 2022 9:57:45 AM
**To:** tom@mcelyealaw.com <tom@mcelyealaw.com>
**Cc:** elshaw@shawcowart.com <elshaw@shawcowart.com>; Andrew Gautreaux <andyg@legacyexploration.com>; Phillip Peterson <ppeterson@legacyexploration.com>
**Subject:** Optimum Energy Partners Litigation

Tom,

You should share this article with your clients. It's pretty interesting. Stealing trade secrets is a crime.

We also have documented that Derrick May destroyed all of the former Legacy employees non-compete agreements and he tried to destroy his own employment agreement that has robust Confidentiality provisions but he accidentally misfiled it in a well log folder and we found it.

We also confirmed with a computer forensics expert that Derrick May intentionally "wiped" his Legacy computer before he returned it. This is in direct violation of the Return of Company Property section of his employment agreement.