# EXHIBIT 4

Tom,

We are both lawyers. If you have any stones give me a call.

214-558-9548

Get Outlook for iOS

---

**From:** Phillip Peterson <ppeterson@legacyexploration.com>
**Sent:** Friday, February 11, 2022 12:47:28 PM
**To:** tom@mcelyealaw.com <tom@mcelyealaw.com>
**Cc:** elshaw@shawcowart.com <elshaw@shawcowart.com>; Andrew Gautreaux <andyg@legacyexploration.com>
**Subject:** Re: Optimum Energy Partners Litigation

Tom,

I heard you whined to Ethan. You are such a pussy. I can't wait to kick your ass at trial.

Cheers,

Phillip

Get Outlook for iOS

---

**From:** Phillip Peterson <ppeterson@legacyexploration.com>
**Sent:** Friday, February 11, 2022 9:57:45 AM
**To:** tom@mcelyealaw.com <tom@mcelyealaw.com>
**Cc:** elshaw@shawcowart.com <elshaw@shawcowart.com>; Andrew Gautreaux <andyg@legacyexploration.com>; Phillip Peterson <ppeterson@legacyexploration.com>
**Subject:** Optimum Energy Partners Litigation

Tom,

You should share this article with your clients. It's pretty interesting. Stealing trade secrets is a crime.

We also have documented that Derrick May destroyed all of the former Legacy employees non-compete agreements and he tried to destroy his own employment agreement that has robust Confidentiality provisions but he accidentally misfiled it in a well log folder and we found it.

We also confirmed with a computer forensics expert that Derrick May intentionally "wiped" his Legacy computer before he returned it. This is in direct violation of the Return of Company Property section of his employment agreement.

I'm sure you also know that Joseph Shelton sexually harassed Brinn Bettis while his wife was pregnant and that John Griffin was investigated by the Dallas Police Department for raping a Legacy receptionist.

Finally, both Chance Smith and Derrick May cheated on their wives.

This is going to an interesting ride!!!!

Enjoy your weekend!!!

Thanks,

Phillip

https://www.reuters.com/business/media-telecom/us-charges-chinese-company-with-conspiring-with-ex-motorola-staff-steal-2022-02-07/




U.S. charges China's Hytera with conspiring with ex-Motorola staff to steal technology | Reuters

WASHINGTON, Feb 7 (Reuters) - The U.S. Justice Department said on Monday it has brought criminal charges against China-based telecommunications company Hytera (002583.SZ), accusing it of ...

www.reuters.com