# EXHIBIT 5

Exhibit B

Ok

1/23/22, 8:02 AM

It's coming for you. Andy and I are back and we are going to send you into personal bankruptcy

iMessage
1/23/22, 8:03 AM

You committed wire fraud and will likely go to federal prison but not before I get a $10M judgment against you

And tell your shitty lawyer he's gonna get disbarred

You have a narrow window to get out of this. You are not a bad person. We are gonna wipe the Mays off the planet. So consider your family

1/23/22, 1:30 PM

Phillip is this threat coming from you to me, if so is this from you or you and Andrew?

If I don't hear back from you by 9 a.m. tomorrow morning I am going to assume it is from both of you.

Read 1/23/22

It's coming from Legacy - Andy and me are partners

You can tell your shitty lawyer he's gonna get disbarred

You and Derek lied your asses off on the record in a formal testimonial meeting

You are going to face personal bankruptcy

Fuck you Joey I'm gonna crush you

You hit on Brinn while you were dating your wife

You are a scumbag

Wire fraud is 10 years

We found all of the agreements Derek tried to erase

Y'all are fucked

I'm the COO of Legacy

Fuck around and find out

1/23/22, 6:20 PM

We borrowed $2M to pay your lazy ass

I'm going to fuck you jn the ass and bankrupt you

You are fucked

1/28/22, 2:05 PM

You and Daniel can come back and all Is forgiven. Brinn is back too.

Otherwise we are wiping everyone out

But I need to know by Monday