# EXHIBIT 6


9:00
New iMessage
Cancel
To: Phillip Peterson
Thanks for voting to fire me you piece of shit
I'm gonna put your dad back in prison
Your son will be in a foster Family
You are going to prison
You are facing criminal Charges
Your call.  Andy Hates you
Dec 13, 2019, 5:02 PM
Text Message