# EXHIBIT 7


9:00
New iMessage
Cancel
To: Phillip Peterson
Dec 13, 2019, 5:02 PM
Wait until Monday
The Dallas cops will be there
Dec 19, 2019, 10:04 AM
I have all your partners contact info
You are going to suffer soon
Yeah I have it all. Lol. Have fun!!!!
Yep Andy is a complete idiot but you already knew that.
That's what happens when you work
Text Message