# EXHIBIT 8

11:32

← **Phillip Peterson** •••



**Phillip Peterson**

Founder and Owner at T-Rex Oilfield Services LLC

TODAY



**Phillip Peterson** · 11:06 pm

**Fraud**

I'm going to sue your ass you cunt.

Yes, interested... | No thanks...

Write a message...