# EXHIBIT 9




OPTIMUM000817