# EXHIBIT 10

AT&T LTE 4:44 PM 89%

PP

Phillip

She called me last week

Get ready and protect your kids

You are going to prison unless you call me tomorrow

Andy is a criminal. I've already lawyered up

You are gonna lose your kids

The rape cAse is real

I fucking hate you and Andy and Joey

The cops are coming tomorrow

You are a rapist so get ready

iMessage

OPTIMUM000825