# EXHIBIT 11

AT&T 2:24 PM 99%

Phillip Peterson



**Phillip Peterson**

Founder and Owner at T-Rex Oilfield Services LLC

FRIDAY



**Phillip Peterson** · 11:03 pm

**Legacy.**

I'm going to sue your ass. Get ready.

Yes, interested... | No thanks...

Write a message...