# EXHIBIT 12

**Messages exported from: Justin's iPhone (2) (+12144067158)**
**With: Phillip Petersen (2145589548)**
PDF generated on 3/30/2023 using Decipher TextMessage

**3/15/2023 11:06 PM (Viewed 3/16/2023 12:59 AM)**

Phillip Petersen (2145589548)

Hey Guy, I know you've been working with Andy's wife to make his life a bunch of misery but I want you know something I'm about to make your life a bunch of fucking misery. OK my name is Phillip Peterson and I own Legacy and I'm gonna sue both you and Hannah for the next four or five years until I own all of your properties all the real estate in all of your assets and there's nothing you can do to stop that.

**3/15/2023 11:08 PM (Viewed 3/16/2023 12:59 AM)**

Phillip Petersen (2145589548)

So you better hire a really good lawyer law firm not this fucking bitch ass pussy that Hannah currently has

**3/15/2023 11:08 PM (Viewed 3/16/2023 12:59 AM)**

Phillip Petersen (2145589548)

Cause I'm gonna take all of your real estate and I'm gonna fuck you up you dumb bitch

**3/15/2023 11:12 PM (Viewed 3/16/2023 12:59 AM)**

Phillip Petersen (2145589548)

She doesn't have a PO against me.  I can terrorize you for years

**3/15/2023 11:12 PM (Viewed 3/16/2023 12:59 AM)**

Phillip Petersen (2145589548)

Fucking bitch

**3/15/2023 11:15 PM (Viewed 3/16/2023 12:59 AM)**

Phillip Petersen (2145589548)

I'm gonna wipe your ass off the face of the earth

**3/15/2023 11:15 PM (Viewed 3/16/2023 12:59 AM)**

Phillip Petersen (2145589548)

Tell your lawyer to call me if you even have one dumb fuck

**3/15/2023 11:26 PM (Viewed 3/16/2023 12:59 AM)**

Phillip Petersen (2145589548)

I'm suing both of you scumbags next week

**3/15/2023 11:27 PM (Viewed 3/16/2023 12:59 AM)**

Phillip Petersen (2145589548)

I hope you enjoying Aspen stealing funny from my company you fucking thief

**3/15/2023 11:28 PM (Viewed 3/16/2023 12:59 AM)**

Phillip Petersen (2145589548)

This is my real number you Pussy loser

**3/16/2023 2:16 AM**

Phillip Petersen (2145589548)

You can only Homestead one house you stupid fuck I'm gonna take all of your other real estate

**3/16/2023 2:18 AM**

Phillip Petersen (2145589548)

Andy was completely clueless about you fucking grifters were doing but guess what I'm gonna fucking wipe you off the planet you fucking bitch

**3/16/2023 2:20 AM**

Justin's iPhone (2) (+12144067158)

I'm confused.  You think Haunah and I stole money from the company that you and Drew own?  And because of that, you are going to sue us for years, take all of our property, and generally add misery to our lives?

**3/16/2023 2:21 AM**

Phillip Petersen (2145589548)

Yes Legacy Exploration is going to sue you and Hannah next week and you can't stop it you dumb fuck

**3/16/2023 2:22 AM**

Phillip Petersen (2145589548)

Play your games in divorce court you stupid fuck I'm going to ass Fuck you for the next five years in regular civil court

**3/16/2023 2:22 AM**

Justin's iPhone (2) (+12144067158)

What makes you think I've taken anything from Legacy?

**3/16/2023 2:22 AM**

Phillip Petersen (2145589548)

I'm gonna shut down all your businesses and I'm gonna take away all of your real estate that is not homesteaded. OK you guys are fucking about to get fucked in the ass and you're about to get a real life lesson.

**3/16/2023 2:22 AM**

Justin's iPhone (2) (+12144067158)

I mean are you guys even really missing money?

**3/16/2023 2:23 AM**

Phillip Petersen (2145589548)

I know everything you've done Justin and I am going to sue you on principal and also the fact that you and that Cunt you were dating have intentionally try to destroy my fucking business you bitch

**3/16/2023 2:23 AM**

Phillip Petersen (2145589548)

I'm sure you know from talking to Andy that I'm fucking crazy and I'm really fucking aggressive and I have never lost a lawsuit in my life and I'm practicing law for 26 motherfucking years

**3/16/2023 2:23 AM**

Justin's iPhone (2) (+12144067158)

That's not true either.  And even if it were - that's not a crime

**3/16/2023 2:24 AM**

Phillip Petersen (2145589548)

So your life is about to change

**3/16/2023 2:24 AM**

Phillip Petersen (2145589548)

I would highly suggest that you hire a top-notch law firm because I'm about to start launching napalm on your fucking ass

**3/16/2023 2:25 AM**

Phillip Petersen (2145589548)

And no, I don't want to settle. I want to destroy your life.

**3/16/2023 2:25 AM**

Phillip Petersen (2145589548)

You don't even realize the difference between civil and criminal court

**3/16/2023 2:25 AM**

Phillip Petersen (2145589548)

I'm gonna start giving multi million dollar judgments against you and I'm gonna take all of your real estate holdings

**3/16/2023 2:25 AM**

Justin's iPhone (2) (+12144067158)

Ok, but leave Haunah alone please. And have Drew leave her alone. Seriously.

**3/16/2023 2:26 AM**

Phillip Petersen (2145589548)

So guess what? Fuck around and find out

**3/16/2023 2:26 AM**

Phillip Petersen (2145589548)

I'm coming after you dumb ass

**3/16/2023 2:26 AM**

Justin's iPhone (2) (+12144067158)

For what? For making your business partner sad?

**3/16/2023 2:26 AM**

Justin's iPhone (2) (+12144067158)

You're not making any sense. I don't follow you.

**3/16/2023 2:26 AM**

Phillip Petersen (2145589548)

Lawyer up dude I'm gonna sue you soon. I hope you find a good lawyer who will take your case.

**3/16/2023 2:27 AM**

Justin's iPhone (2) (+12144067158)

I get the threat part, but not the cause. Why would a judge or jury give you a judgment against me for anything? I've not done anything to you.

**3/16/2023 2:27 AM**

Phillip Petersen (2145589548)

Just hire a big law firm. I'm gonna take everything you own

**3/16/2023 2:28 AM**

Justin's iPhone (2) (+12144067158)

If I hire a big law firm it's very doubtful you're taking anything from me at all. You don't even have anything to sue me for.

**3/16/2023 2:29 AM**

Phillip Petersen (2145589548)

If you have counsel send me his or her name

**3/16/2023 2:29 AM**

Justin's iPhone (2) (+12144067158)

This is just more Drew harassment of Haunah. He spun some lies and stories to get you to harass her/us/me.

**3/16/2023 2:30 AM**

Phillip Petersen (2145589548)

This is not Drew. I'm much worse than Drew because I'm really aggressive and I'm not reasonable

**3/16/2023 2:30 AM**

Phillip Petersen (2145589548)

Ask Haunah - I made Drew's life hell for 2 years. Now it's your turn

**3/16/2023 2:31 AM**

Phillip Petersen (2145589548)

All I do is sue people

**3/16/2023 2:31 AM**
Phillip Petersen (2145589548)

So let me know if you have a lawyer.

**3/16/2023 2:31 AM**
Phillip Petersen (2145589548)

If you don't you can communicate with me

**3/16/2023 2:31 AM**
Phillip Petersen (2145589548)

Once you engage counsel please have them call me

**3/16/2023 7:25 PM (Viewed 3/16/2023 8:07 PM)**
Phillip Petersen (2145589548)

Andy is in love in love with you. You have a small penis and you walk like a girl

**3/16/2023 7:26 PM (Viewed 3/16/2023 8:07 PM)**
Phillip Petersen (2145589548)

He is seriously in love with you. It's gross. Eskimo brothers thing

**3/16/2023 7:28 PM (Viewed 3/16/2023 8:07 PM)**
Phillip Petersen (2145589548)

Kinda a homosexual vibe. Y'all have both been down the same bobsled

**3/16/2023 7:28 PM (Viewed 3/16/2023 8:07 PM)**
Phillip Petersen (2145589548)

I don't give a fuck either the whole thing is funny

**3/16/2023 7:29 PM (Viewed 3/16/2023 8:07 PM)**
Phillip Petersen (2145589548)

I mean, he was so stupid, but he let that fucking Cunt whore, steal all his money we went to rehab I got a fucking moron he deserves to get fucking robbed

**3/16/2023 7:29 PM (Viewed 3/16/2023 8:07 PM)**
Phillip Petersen (2145589548)

I wouldn't trust my fucking mom with all my money, and he was at that fucking prostitute whore bitch slut prostitute, stripper can't have control of his money. He's a fucking moron.

**3/16/2023 7:30 PM (Viewed 3/16/2023 8:07 PM)**
Phillip Petersen (2145589548)

There's no protective order against me bitch you can't do shit

**3/23/2023 10:22 AM (Viewed 3/23/2023 10:23 AM)**
Phillip Petersen (2145589548)

Did you ever figure out if you are represented by counsel?

**3/23/2023 10:22 AM (Viewed 3/23/2023 10:23 AM)**
Phillip Petersen (2145589548)

I am suing both you and Haunah next week

**3/23/2023 10:25 AM (Viewed 3/23/2023 10:34 AM)**
Phillip Petersen (2145589548)

I know you are a professional conman. I am going to take ALL of your money

**3/23/2023 10:43 AM**
Justin's iPhone (2) (+12144067158)

Phillip. I have no idea what you are talking about. I don't know you. I've never met you. I've never stolen anything from your dumb company. It seems to me that you are acting as a 3rd party instrument of Drew's to further harass and "terrorize" Haunah and I (as you stated above). This is in violation of the PO that Haunah has in place.

Accordingly, I filed a complaint with the Texas Bar for your texts that are in direct violation of section 4.04 of the Texas Disciplinary Rules of Professional Conduct. They have asked that I

provide any additional texts for their review. You calling me a conman and threatening to take all my money will be forwarded to them.

I ask that you cease and desist contacting me. I ask that you cease your harassment. Anything you say or do will be forwarded to the Texas Bar.

**3/23/2023 10:43 AM (Viewed 3/23/2023 10:44 AM)**

Phillip Petersen (2145589548)

You need to hire a real law firm because I am going to bring the pain

**3/23/2023 10:44 AM**

Phillip Petersen (2145589548)

You should have never fucked with Andy

**3/23/2023 10:45 AM**

Phillip Petersen (2145589548)

I know you and H stole 500K of my company's property. It's a lay up

**3/23/2023 10:45 AM**

Justin's iPhone (2) (+12144067158)

Drew has dug his own grave through his own stupidity. I have had zero to do with his poor decision making. As you stated above - he is a moron.

**3/23/2023 10:45 AM**

Phillip Petersen (2145589548)

This is going to occupy your life for the next 4 years

**3/23/2023 10:46 AM**

Phillip Petersen (2145589548)

I hate Andy

**3/23/2023 10:46 AM**

Phillip Petersen (2145589548)

This is about how ruthless I am

**3/23/2023 10:46 AM**

Justin's iPhone (2) (+12144067158)

$500k of your company's property? Like oil stuff? Money? What are we talking about here? Please explain.

**3/23/2023 10:48 AM**

Phillip Petersen (2145589548)

You are gong to prison dude

**3/23/2023 10:48 AM**

Phillip Petersen (2145589548)

You and H are professional conmen

**3/23/2023 10:48 AM**

Justin's iPhone (2) (+12144067158)

That's what I thought. There is no answer because it didn't happen. And if you are missing something it's probably the guy that you sued before for stealing company money! Maybe you're the one being fooled by him. Again.

And it's fine to be ruthless in a profession manner that follows the texas bar rules. You start stepping outside of that and your teeth will be removed.

**3/23/2023 10:48 AM**

Phillip Petersen (2145589548)

I am not your lawyer. So I am fine

**3/23/2023 10:48 AM**

Phillip Petersen (2145589548)

And I am going to sue both of you and you cannot stop it

**3/23/2023 10:49 AM**
Phillip Petersen (2145589548)

I have evidence that you stole $500K from me

**3/23/2023 10:49 AM**
Justin's iPhone (2) (+12144067158)

Ummm ok. Sure you do.

**3/23/2023 10:49 AM**
Phillip Petersen (2145589548)

Both you and H are going to state prison

**3/23/2023 10:50 AM**
Phillip Petersen (2145589548)

It will take 2 years but it will happen

**3/23/2023 10:50 AM**
Justin's iPhone (2) (+12144067158)

Now it's you that doesn't know the difference between criminal and civil. You can't sue me to go to jail 😂

**3/23/2023 10:50 AM**
Phillip Petersen (2145589548)

You are text me dude

**3/23/2023 10:50 AM**
Phillip Petersen (2145589548)

I don't need anything from you and I'm not a pussy like Andy

**3/23/2023 10:50 AM**
Justin's iPhone (2) (+12144067158)

Call the cops if you think I stole something. I didn't.

**3/23/2023 10:51 AM**
Phillip Petersen (2145589548)

I am going to wipe you off the face of then earth

**3/23/2023 10:51 AM**
Justin's iPhone (2) (+12144067158)

Ok

**3/23/2023 10:52 AM**
Phillip Petersen (2145589548)

You disgusting shitheads love terrorizing a low IQ dude all day. Guess what you just ran into me

**3/23/2023 10:52 AM**
Justin's iPhone (2) (+12144067158)

What's the proof you have? I mean seriously. This is hilarious.

**3/23/2023 10:52 AM**
Justin's iPhone (2) (+12144067158)

You are not thinking clearly

**3/23/2023 10:53 AM**
Phillip Petersen (2145589548)

Anyway I'll see you at a mediation in a year. I sue people all day long

**3/23/2023 10:53 AM**
Phillip Petersen (2145589548)

That's all I do

**3/23/2023 10:53 AM**
Justin's iPhone (2) (+12144067158)
So we're going to mediation but I'm going to prison too? Lol

**3/23/2023 10:54 AM**
Phillip Petersen (2145589548)
I'm not a prosecutor

**3/23/2023 10:54 AM**
Justin's iPhone (2) (+12144067158)
Show me some solid evidence and I'll give you a much more reasonable explanation. It probably involves your partner being on drugs and flying around the country visiting casinos.

**3/23/2023 10:54 AM**
Phillip Petersen (2145589548)
\you and H are criminals but I am going to sue both of you

**3/23/2023 10:54 AM**
Phillip Petersen (2145589548)
You are right I can't prosecute you

**3/23/2023 10:54 AM**
Justin's iPhone (2) (+12144067158)
Seems to me that it's your boy that was on the lamb yesterday.

**3/23/2023 10:54 AM**
Phillip Petersen (2145589548)
Anyway enjoy your weekend

**3/23/2023 10:54 AM**
Justin's iPhone (2) (+12144067158)
Call the police and report the alleged theft.

**3/23/2023 10:55 AM**
Phillip Petersen (2145589548)
I want all of your houses

**3/23/2023 10:55 AM**
Justin's iPhone (2) (+12144067158)
Only have one left now bro

**3/23/2023 10:55 AM**
Phillip Petersen (2145589548)
I'll have my forensics figure it out. This is what I do man

**3/23/2023 10:56 AM**
Phillip Petersen (2145589548)
I sue people

**3/23/2023 10:56 AM**
Justin's iPhone (2) (+12144067158)
So you say.

**3/23/2023 10:56 AM**
Phillip Petersen (2145589548)
Are you and H batshit crazy?

**3/23/2023 10:56 AM**
Phillip Petersen (2145589548)
This is what I do

**3/23/2023 10:56 AM**
Justin's iPhone (2) (+12144067158)
It doesn't matter to me, because you're wrong.

**3/23/2023 10:56 AM**
Phillip Petersen (2145589548)
Ask Optimum how they are doing

**3/23/2023 10:56 AM**
Phillip Petersen (2145589548)
Ask Kane Russell

**3/23/2023 10:57 AM**
Justin's iPhone (2) (+12144067158)
You offer no evidence to me.

**3/23/2023 10:57 AM**
Phillip Petersen (2145589548)
I just sue everyone who fucks us

**3/23/2023 10:57 AM**
Phillip Petersen (2145589548)
And you guys keep fucking us

**3/23/2023 10:57 AM**
Phillip Petersen (2145589548)
So, it's your turn

**3/23/2023 10:57 AM**
Phillip Petersen (2145589548)
I have the bill of sale

**3/23/2023 10:57 AM**
Phillip Petersen (2145589548)
You are toast

**3/23/2023 10:57 AM**
Justin's iPhone (2) (+12144067158)
All vibrato and threats with no proof.

**3/23/2023 10:58 AM**
Justin's iPhone (2) (+12144067158)
Bill of sale for what?!?!

**3/23/2023 10:58 AM**
Phillip Petersen (2145589548)
H sold $800K of my corporate property to you for $10K

**3/23/2023 10:58 AM**
Justin's iPhone (2) (+12144067158)
Bwahahahaha.

**3/23/2023 10:58 AM**
Phillip Petersen (2145589548)
This is not going away due

**3/23/2023 10:58 AM**
Phillip Petersen (2145589548)
Get ready dude

**3/23/2023 10:58 AM**
Phillip Petersen (2145589548)

I don't care at all

**3/23/2023 10:58 AM**
Justin's iPhone (2) (+12144067158)

That's the funniest shit I've ever heard.

**3/23/2023 10:59 AM**
Phillip Petersen (2145589548)

I never stop. I just sue

**3/23/2023 10:59 AM**
Justin's iPhone (2) (+12144067158)

Y'all have $800k in company owned gold nuggets in Haunah and Drew's personal storage room???? Lol

**3/23/2023 11:00 AM**
Justin's iPhone (2) (+12144067158)

That was secured by a padlock? 😂😂😂😂😂

**3/23/2023 11:00 AM**
Justin's iPhone (2) (+12144067158)

Get the fuck out of here

**3/23/2023 11:00 AM**
Phillip Petersen (2145589548)

Do you feel good about yourself setting up someone and stealing millions from them

**3/23/2023 11:00 AM**
Justin's iPhone (2) (+12144067158)

Plus Drew already testified that it was $500k and he provided a list of how he got to that figure.

**3/23/2023 11:00 AM**
Justin's iPhone (2) (+12144067158)

Which his list was ridiculous too

**3/23/2023 11:00 AM**
Phillip Petersen (2145589548)

We know that you and H WERE dating before she ever met Andy

**3/23/2023 11:01 AM**
Justin's iPhone (2) (+12144067158)

Oh now I'm stealing millions??? Wtf!!!

**3/23/2023 11:01 AM**
Phillip Petersen (2145589548)

This was a set up from day one

**3/23/2023 11:01 AM**
Justin's iPhone (2) (+12144067158)

Wrong. I didn't even talk to Haunah for years until October 2021. That's a fact.

**3/23/2023 11:01 AM**
Phillip Petersen (2145589548)

I am goning to wipe you out. I can't waiit to get in front of a jury. It willl be awesome

**3/23/2023 11:01 AM**
Justin's iPhone (2) (+12144067158)

It will be for sure. To see them laugh at you.

**3/23/2023 11:02 AM**

Phillip Petersen (2145589548)

This is going all the way and we are going to wipe you and H out

**3/23/2023 11:02 AM**

Phillip Petersen (2145589548)

Andy may go to jail but eventually both you and H will go to PRISON

**3/23/2023 11:02 AM**

Justin’s iPhone (2) (+12144067158)

Or if you really are missing company assets you can try to figure out where they really went.

**3/23/2023 11:02 AM**

Phillip Petersen (2145589548)

I will NEVER STOP

**3/23/2023 11:02 AM**

Phillip Petersen (2145589548)

I read you immediately

**3/23/2023 11:03 AM**

Justin’s iPhone (2) (+12144067158)

Ok

**3/23/2023 11:03 AM**

Phillip Petersen (2145589548)

You are a grifter and so is H

**3/23/2023 11:03 AM**

Justin’s iPhone (2) (+12144067158)

Ok

**3/23/2023 11:03 AM**

Justin’s iPhone (2) (+12144067158)

What else you got?

**3/23/2023 11:03 AM**

Phillip Petersen (2145589548)

Hire a good lawyer

**3/23/2023 11:03 AM**

Justin’s iPhone (2) (+12144067158)

You’re going to sue us. You never stop. We’re grifters. What else? We done?

**3/23/2023 11:04 AM**

Phillip Petersen (2145589548)

I’ve wrote the petition last week. Its AWESOME

**3/23/2023 11:05 AM**

Phillip Petersen (2145589548)

You are a low level grifter you are not used to running into an aggressive lawyer

**3/23/2023 11:05 AM**

Justin’s iPhone (2) (+12144067158)

I don’t care. It will be dismissed in 5 seconds and you will just pay my attorney fees. Sue all you want. You’re not right in your thinking. I’ve done nothing to you.

**3/23/2023 11:05 AM**

Phillip Petersen (2145589548)

So enjoy your weekend

3/23/2023 11:06 AM
Justin's iPhone (2) (+12144067158)
Ok

3/23/2023 11:06 AM
Justin's iPhone (2) (+12144067158)
I will for sure

3/23/2023 11:06 AM
Phillip Petersen (2145589548)
enjoy your weekend

3/23/2023 11:07 AM
Phillip Petersen (2145589548)
You have said repeatedly you don't have a lawyer

3/23/2023 11:07 AM
Phillip Petersen (2145589548)
But please send me his contact info when you get one

3/23/2023 11:07 AM
Justin's iPhone (2) (+12144067158)
I'll wait to get served personally.

3/23/2023 11:07 AM (Viewed 3/23/2023 11:08 AM)
Phillip Petersen (2145589548)
That's fine and weird

3/23/2023 11:08 AM
Phillip Petersen (2145589548)
So you aren't represented

3/23/2023 11:09 AM
Phillip Petersen (2145589548)
That's fine with me. Once you engage I can't talk to you directly

3/23/2023 11:09 AM
Justin's iPhone (2) (+12144067158)
Not really. Again, and i say this honestly, I didn't steal any of your stuff. Sue me if you want to, but it will be dismissed. If things are truly missing (which I doubt because you're the real conman here), you're barking up the wrong tree.

3/23/2023 11:09 AM
Phillip Petersen (2145589548)
I've been very transparent and open about this

3/23/2023 11:10 AM
Phillip Petersen (2145589548)
This is happening. I just need to know if you have an attorney

3/23/2023 11:10 AM
Phillip Petersen (2145589548)
If you don't, you need one

3/23/2023 11:10 AM
Justin's iPhone (2) (+12144067158)
You've been using your legal license to be threatening and unprofessional.

3/23/2023 11:10 AM
Justin's iPhone (2) (+12144067158)
I'd read section 4.04 if I were you.

**3/23/2023 11:11 AM**
Justin's iPhone (2) (+12144067158)
I told Drew to read his PO and he refused and look at him.  It's important to follow the rules.

**3/23/2023 11:11 AM**
Phillip Petersen (2145589548)
I am going to sue you and you can't stop it .  I just need to know if you have a lawyer

**3/23/2023 11:11 AM**
Justin's iPhone (2) (+12144067158)
You'll find out I guess

**3/23/2023 11:11 AM**
Phillip Petersen (2145589548)
I'm trying to be civil ok

**3/23/2023 11:12 AM**
Phillip Petersen (2145589548)
Ok have a good weekend

**3/23/2023 11:12 AM**
Justin's iPhone (2) (+12144067158)
Threatening to terrorize us is not civil.

**3/23/2023 11:12 AM**
Justin's iPhone (2) (+12144067158)
Especially not at 2am

**3/23/2023 11:12 AM**
Justin's iPhone (2) (+12144067158)
You overstepped.

**3/23/2023 11:12 AM**
Phillip Petersen (2145589548)
I'm not threatening.  I AM going to sue both of you

**3/23/2023 11:12 AM (Delivered 3/23/2023 11:13 AM)**
Justin's iPhone (2) (+12144067158)
Sue is fine.  Terrorize is not.  Fuck us in the ass is not.

**3/23/2023 11:13 AM**
Justin's iPhone (2) (+12144067158)
But we'll find out

**3/23/2023 11:13 AM**
Phillip Petersen (2145589548)
Andy doesn't control me.  We hate each other

**3/23/2023 11:13 AM**
Justin's iPhone (2) (+12144067158)
We're having a nice lunch together yesterday.

**3/23/2023 11:13 AM**
Phillip Petersen (2145589548)
Good enjoy the weather

**3/23/2023 11:14 AM**
Phillip Petersen (2145589548)
Litigation is inexorable

**3/23/2023 11:14 AM**
Justin's iPhone (2) (+12144067158)
Why would you believe that guy wouldn't steal from you again?

**3/23/2023 11:14 AM**
Justin's iPhone (2) (+12144067158)
Crazy.

**3/23/2023 11:14 AM (Viewed 3/23/2023 11:15 AM)**
Phillip Petersen (2145589548)
This is about me.  I despise Andy

**3/23/2023 11:15 AM**
Phillip Petersen (2145589548)
Anyway I feel like we are writing John Wick 5

**3/23/2023 11:15 AM**
Phillip Petersen (2145589548)
And it's lame

**3/23/2023 11:15 AM**
Justin's iPhone (2) (+12144067158)
Just saying he should always be the prime suspect of just about anything

**3/23/2023 11:16 AM**
Phillip Petersen (2145589548)
You ran into a great white shark

**3/23/2023 11:16 AM**
Justin's iPhone (2) (+12144067158)
🙄

**3/23/2023 11:16 AM**
Phillip Petersen (2145589548)
We will see when you are broke in one year

**3/23/2023 11:17 AM**
Phillip Petersen (2145589548)
Cry me a river

**3/23/2023 11:17 AM**
Phillip Petersen (2145589548)
What I love about litigation.  Is that is like cancer.  You have to live with it for years

**3/23/2023 11:17 AM**
Phillip Petersen (2145589548)
Congrats.  You have Cancer

**3/23/2023 11:18 AM**
Justin's iPhone (2) (+12144067158)
Or it will take a month and be dismissed because it's ridiculous

**3/23/2023 11:18 AM**
Justin's iPhone (2) (+12144067158)
Because*

**3/23/2023 11:18 AM**
Phillip Petersen (2145589548)
Zzzzzz

**3/23/2023 11:18 AM**
Justin's iPhone (2) (+12144067158)
Your money to spend on my attorney fees.  Knock yourself out.

**3/23/2023 11:19 AM**
Phillip Petersen (2145589548)
I have never lost

**3/23/2023 11:20 AM**
Phillip Petersen (2145589548)
Especially against two white trash grifters

**3/23/2023 11:20 AM**
Justin's iPhone (2) (+12144067158)
Then you should probably leave this one alone and sue Drew again

**3/23/2023 11:20 AM**
Phillip Petersen (2145589548)
I want your houses

**3/23/2023 11:20 AM**
Justin's iPhone (2) (+12144067158)
Only have one.

**3/23/2023 11:20 AM (Viewed 3/23/2023 11:21 AM)**
Phillip Petersen (2145589548)
And I am going to get them

**3/23/2023 11:21 AM**
Justin's iPhone (2) (+12144067158)
It you mean.   It's homesteaded though

**3/23/2023 11:21 AM**
Phillip Petersen (2145589548)
I have forensic accountants

**3/23/2023 11:21 AM**
Phillip Petersen (2145589548)
Dude I am not MAD at you

**3/23/2023 11:21 AM**
Justin's iPhone (2) (+12144067158)
And they will see the same thing then

**3/23/2023 11:22 AM**
Justin's iPhone (2) (+12144067158)
You're just misplaced

**3/23/2023 11:22 AM**
Phillip Petersen (2145589548)
But I have you by the balls when I saw the Bill of Sale

**3/23/2023 11:22 AM**
Justin's iPhone (2) (+12144067158)
If not mad

**3/23/2023 11:22 AM**
Phillip Petersen (2145589548)
This is business

**3/23/2023 11:22 AM**
Phillip Petersen (2145589548)

You are hosed

**3/23/2023 11:22 AM**
Phillip Petersen (2145589548)

I know I can get at least $500K at trial

**3/23/2023 11:22 AM**
Phillip Petersen (2145589548)

And I will go to trial

**3/23/2023 11:23 AM**
Phillip Petersen (2145589548)

Do you think I like Andy?

**3/23/2023 11:23 AM**
Phillip Petersen (2145589548)

I hate him

**3/23/2023 11:23 AM**
Phillip Petersen (2145589548)

But this is business and you and H stole about

**3/23/2023 11:24 AM**
Phillip Petersen (2145589548)

$500K from a company I now own

**3/23/2023 11:24 AM**
Justin's iPhone (2) (+12144067158)

That was for the community property in their personal storage room because Drew stopped paying for it.

I offered to sell
Everything in it to Drew for the same $10k (before I even went through any of it), and he declined.

And he declined because all there was in there was a nice bottle of booze and a bunch of shitty furniture and holiday decorations. And that's the truth. I took a video of it all even.

**3/23/2023 11:24 AM**
Phillip Petersen (2145589548)

Don't embarrass yourself

**3/23/2023 11:24 AM**
Phillip Petersen (2145589548)

I know the truth

**3/23/2023 11:24 AM**
Justin's iPhone (2) (+12144067158)

Except you clearly don't.

**3/23/2023 11:25 AM**
Justin's iPhone (2) (+12144067158)

I'm happy to send you all the messages to and from Drew about it even.

**3/23/2023 11:25 AM**
Justin's iPhone (2) (+12144067158)

You're barking up the wrong tree

**3/23/2023 11:25 AM**
Phillip Petersen (2145589548)

Legacy had $500K of property that was paid for on the corporate AMEX and you and H stole it

**3/23/2023 11:25 AM**

Phillip Petersen (2145589548)

Dude I have you dead to rights

**3/23/2023 11:26 AM**

Justin's iPhone (2) (+12144067158)

I don't know anything about that. I just know I bought a storage room full of shitty furniture to try to help a Haunah out.

**3/23/2023 11:26 AM**

Phillip Petersen (2145589548)

I'm just curious if you and H were dating the entire time. I know that ya'll were neighbors iin Arlington before she met

**3/23/2023 11:27 AM**

Phillip Petersen (2145589548)

I suspect you guys are together and she just marries guys for money and you tolerate it

**3/23/2023 11:27 AM**

Justin's iPhone (2) (+12144067158)

We were, but we stopped talking a year or two after Fiona was born.

**3/23/2023 11:27 AM**

Phillip Petersen (2145589548)

Thats a really sad life if that's true n

**3/23/2023 11:27 AM**

Phillip Petersen (2145589548)

It looks true

**3/23/2023 11:27 AM**

Phillip Petersen (2145589548)

And if that is your life I feel sorry for you

**3/23/2023 11:27 AM**

Justin's iPhone (2) (+12144067158)

That's a good theory, but it's not true

**3/23/2023 11:28 AM**

Phillip Petersen (2145589548)

But you have been dating her since Drew's arrest in May 2022 until now?

**3/23/2023 11:28 AM**

Justin's iPhone (2) (+12144067158)

I have a very successful company. There's no reason to try and trick an idiot into getting a few $. Not my style.

**3/23/2023 11:29 AM**

Phillip Petersen (2145589548)

Why don't you date a chick without drama?

**3/23/2023 11:29 AM**

Justin's iPhone (2) (+12144067158)

Dating off and on. Currently off. I mean Drew has seen her out twice with a different guy.

**3/23/2023 11:29 AM**

Justin's iPhone (2) (+12144067158)

I can't argue with you on that one.

**3/23/2023 11:29 AM**

Phillip Petersen (2145589548)

You are relatively young

**3/23/2023 11:29 AM**
Phillip Petersen (2145589548)

Why sign up for the baggage?

**3/23/2023 11:30 AM**
Justin's iPhone (2) (+12144067158)

My friends ask me the same thing. Idk. Like I said, we're currently not together.

**3/23/2023 11:30 AM**
Phillip Petersen (2145589548)

Dude never met you. I am just trying to keep Drew out of jail

**3/23/2023 11:30 AM**
Phillip Petersen (2145589548)

I have no direct animus towards you

**3/23/2023 11:31 AM**
Justin's iPhone (2) (+12144067158)

That's a tough task since he keeps doing dumb things. I don't know why he doesn't just chill and let things unfold. He's probably be just fine if he would have.

**3/23/2023 11:31 AM**
Phillip Petersen (2145589548)

My patience however is at an end. And I am going to file a lawsuit next week

**3/23/2023 11:31 AM**
Justin's iPhone (2) (+12144067158)

It's misplaced but ok.

**3/23/2023 11:32 AM**
Phillip Petersen (2145589548)

Well I still think you and H are working together

**3/23/2023 11:32 AM**
Justin's iPhone (2) (+12144067158)

The storage room was filled with shit. I have some of it left in my garage still because I can't even sell it. Dog stains all over etc...

**3/23/2023 11:32 AM**
Justin's iPhone (2) (+12144067158)

$10k for what was in there was seriously about equal to FMV.

**3/23/2023 11:33 AM**
Phillip Petersen (2145589548)

You amazingly know initricate details about his case

**3/23/2023 11:33 AM**
Phillip Petersen (2145589548)

You are clearly on the TEAM

**3/23/2023 11:33 AM**
Phillip Petersen (2145589548)

So, guess what you ALL get sued

**3/23/2023 11:33 AM**
Phillip Petersen (2145589548)

Dude ya'll stepped in the ring. You are about to get seriously fucked up

**3/23/2023 11:34 AM**
Justin's iPhone (2) (+12144067158)
Oh, I follow all this shit religiously. In fact, ask Stephanie. We were following your Drew lawsuit long before haunah and I even started talking again in October 2021. She will back up the timeline on us.

**3/23/2023 11:34 AM**
Phillip Petersen (2145589548)
I hooked up with her LOL

**3/23/2023 11:34 AM**
Justin's iPhone (2) (+12144067158)
Stephanie knows out history well

**3/23/2023 11:34 AM**
Justin's iPhone (2) (+12144067158)
So did I. Lol

**3/23/2023 11:34 AM**
Phillip Petersen (2145589548)
LOL

**3/23/2023 11:35 AM**
Justin's iPhone (2) (+12144067158)

**3/23/2023 11:35 AM**
Phillip Petersen (2145589548)
HER boobs

**3/23/2023 11:35 AM**
Justin's iPhone (2) (+12144067158)
Her drive...

**3/23/2023 11:35 AM**
Phillip Petersen (2145589548)
;don't be friends lol

**3/23/2023 11:35 AM**
Phillip Petersen (2145589548)
Lol

**3/23/2023 11:35 AM**
Phillip Petersen (2145589548)
those boob are nuts

**3/23/2023 11:36 AM**
Justin's iPhone (2) (+12144067158)
For real. Anyways talk to her if you trust her word on things any. I've known her for about 10 years. She actually introduced me to haunah.

**3/23/2023 11:36 AM**
Phillip Petersen (2145589548)
I actually didn't fuck her. But she sucked my dick

**3/23/2023 11:37 AM (Viewed 3/23/2023 11:38 AM)**
Phillip Petersen (2145589548)
Bro we can't be friends

**3/23/2023 11:37 AM (Viewed 3/23/2023 11:38 AM)**
Phillip Petersen (2145589548)
That is so funny

**3/23/2023 11:38 AM**

Phillip Petersen (2145589548)

Anyway BLAH BLAH BLAH

**3/23/2023 11:38 AM**

Phillip Petersen (2145589548)

BLAH BLAH

**3/23/2023 11:38 AM**

Phillip Petersen (2145589548)

\AND BLAH BLAH

**3/23/2023 11:38 AM (Viewed 3/23/2023 11:39 AM)**

Phillip Petersen (2145589548)

But seriously, if H ever sends a PO to UP again, I will have her fucking ass arrested

**3/23/2023 11:39 AM**

Phillip Petersen (2145589548)

Are we clear?

**3/23/2023 11:40 AM**

Phillip Petersen (2145589548)

And she will lose custody. I am NOT fucking around despite our Eskimo brother situation

**3/23/2023 11:40 AM**

Justin's iPhone (2) (+12144067158)

Like if she reports him for violating it?

**3/23/2023 11:40 AM**

Phillip Petersen (2145589548)

She sent an old PO yesterday

**3/23/2023 11:40 AM**

Phillip Petersen (2145589548)

Or her lawyer did

**3/23/2023 11:41 AM**

Phillip Petersen (2145589548)

He is allowed to eat in Park Cities

**3/23/2023 11:41 AM**

Justin's iPhone (2) (+12144067158)

I have very little
Control over that woman. She will call the cops immediately if she sees him. Nothing I can do to stop or control that.

**3/23/2023 11:41 AM**

Phillip Petersen (2145589548)

That's fine I am gong to sue the bitch

**3/23/2023 11:41 AM**

Justin's iPhone (2) (+12144067158)

Says he has to stay 1 mile away from her home I think. And hillstone is too close.

**3/23/2023 11:41 AM**

Justin's iPhone (2) (+12144067158)

That was my understanding

**3/23/2023 11:41 AM**

Phillip Petersen (2145589548)

I think she is pure evil and I am going to fuck her up in court

**3/23/2023 11:42 AM**

Phillip Petersen (2145589548)

You seem kinda normal

**3/23/2023 11:42 AM**

Justin's iPhone (2) (+12144067158)

She can be difficult for sure

**3/23/2023 11:42 AM**

Phillip Petersen (2145589548)

I am going to sue her

**3/23/2023 11:43 AM (Viewed 3/23/2023 11:44 AM)**

Phillip Petersen (2145589548)

Go fuck her and feel bad about yourself . You are funny and can do a lot better

**3/23/2023 11:43 AM (Viewed 3/23/2023 11:44 AM)**

Phillip Petersen (2145589548)

Why are you messing with her

**3/23/2023 11:44 AM**

Phillip Petersen (2145589548)

Jesus I am about to sue your ass

**3/23/2023 11:44 AM**

Phillip Petersen (2145589548)

Is it that good?

**3/23/2023 11:45 AM**

Justin's iPhone (2) (+12144067158)

I wish I understood the draw. Again though, shes dating some other guy right now I think.

**3/23/2023 11:46 AM (Viewed 3/23/2023 11:48 AM)**

Phillip Petersen (2145589548)

Don't lie

**3/23/2023 11:46 AM (Viewed 3/23/2023 11:48 AM)**

Phillip Petersen (2145589548)

if you want to have a relationship we have to be honest

**3/23/2023 11:49 AM**

Justin's iPhone (2) (+12144067158)

For real we're not. In fact, I have a first date with a new chick tonight.

**3/23/2023 11:52 AM**

Phillip Petersen (2145589548)

Ever heard of Def Leppard?

**3/23/2023 11:52 AM**

Phillip Petersen (2145589548)

Its too late.....

**3/23/2023 11:54 AM**

Justin's iPhone (2) (+12144067158)

Too late for love!

**3/23/2023 11:54 AM**

Phillip Petersen (2145589548)

Lol

**3/23/2023 11:55 AM (Viewed 3/23/2023 11:56 AM)**

Phillip Petersen (2145589548)

Get ready for the....

**3/23/2023 11:55 AM (Viewed 3/23/2023 11:56 AM)**

Phillip Petersen (2145589548)

I love DL

**3/23/2023 11:55 AM (Viewed 3/23/2023 11:56 AM)**

Phillip Petersen (2145589548)

later

---

293 total messages and 0 total images.