**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **LEGACY EXPLORATION, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:22-CV-00794-S** |
| | § | |
| **OPTIMUM ENERGY PARTNERS LLC,** | § | **JURY DEMANDED** |
| **OPTIMUM EXPLORATION, LLC,** | § | |
| **DERRICK MAY, CHANCE SMITH,** | § | |
| **JON PEARSON.** | § | |
| | § | |
| ***Defendants.*** | § | |

---

**DECLARATION OF JUSTIN HILTY**

---

1. My name is Justin Hilty, I am over eighteen (18) years old, and I am competent to the attest to the facts set forth herein.

2. On March 22, 2023, I filed with the State Bar of Texas a grievance against Phillip Peterson due to behavior that I was subjected to which I believed to be inappropriate and unprofessional.

3. Attached to this declaration as Exhibit 12 is a true and correct copy of text messages receive by and sent to (214) 406-7158 which is understood to be owned, used, and controlled by Phillip Peterson. Phillip Peterson is an owner of Legacy Exploration, LLC, the plaintiff in the above captioned and referenced case. The exhibits are unaltered and are exact duplicates of the originals received and sent.

4. My connection to Phillip Peterson is quite remote. Mr. Peterson first introduced himself to me via text message as an owner of Legacy Exploration, LLC and then threatened to sue me for years until he owned all of my properties and assets. He began threatening me with legal action due to a personal relationship I had with the former spouse of Andrew Gautreaux. Both Mr. Gautreaux and Mr. Peterson I know are owners of Legacy Exploration, LLC.

5. Mr. Peterson threatened he could "terrorize [me] for years." He also threatened "Legacy Exploration is going to sue you and Hannah next week and you can't stop it you dumb fuck." However, to date neither Mr. Peterson nor Legacy Exploration have sued me.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge,

information, and belief.

6/17/2024
Date

Justin Hilty
JUSTIN HILTY