**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **LEGACY EXPLORATION, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:22-CV-00794-S** |
| | § | |
| **OPTIMUM ENERGY PARTNERS LLC, OPTIMUM EXPLORATION, LLC, DERRICK MAY, CHANCE SMITH, JON PEARSON.** | § § § § | **JURY DEMANDED** |
| | § | |
| | § | |
| ***Defendants.*** | § | |

**DECLARATION OF TOM MCELYEA**

1. My name is Tom McElyea, I am over eighteen (18) years old, and I am competent to the attest to the facts set forth herein.

2. I am an attorney for Optimum Energy Partners, LLC, Optimum Exploration, LLC, Derrick May, Chance Smith, and Jon Pearson in the lawsuit currently pending in the Dallas County District Court, Cause No. DC-22-01503, styled *Derrick May, et al. v. Andrew Gautreaux, et al*. (the "*Derrick May v. Andrew Gautreaux* Litigation"). My email address is tom@mcelyealaw.com. I have personal knowledge and am familiar with the emails sent to and from that address and they are records which are regularly maintained and kept in the ordinary course of business by the law firm McElyea Law.

3. Attached to this declaration as Exhibit 2 is a true and correct recording of a voicemail I received from Phillip Peterson on February 9, 2022, shortly after the *Derrick May v. Andrew Gautreaux* Litigation was filed. Phillip Peterson is an owner of Legacy Exploration, LLC, the plaintiff in the above-captioned case.

4. Attached to this declaration as Exhibits 3 and 4 are true and correct copies of four (4) emails I received on February 11, 2024, from ppeterson@legacyexploration.com, which is understood to be owned, used, and controlled by Phillip Peterson. The exhibits are unaltered and are exact duplicates of the originals I received.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

6-14-24
Date

Tom McElyea