**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **LEGACY EXPLORATION, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:22-CV-00794-S** |
| | § | |
| **OPTIMUM ENERGY PARTNERS LLC, OPTIMUM EXPLORATION, LLC, DERRICK MAY, CHANCE SMITH, JON PEARSON.** | § § § § | **JURY DEMANDED** |
| | § | |
| ***Defendants.*** | § | |

**DECLARATION OF HAUNAH MILLER**

1. My name is Haunah Miller, I am over eighteen (18) years old, and I am competent to attest to the facts set forth herein.

2. I use Facebook and have an account that I created using my name and likeness. I received a friend request from a user with the name Phillip Peterson and a profile picture with the likeness that I recognized as Phillip Peterson. I know Phillip Peterson as the business partner of my former husband, Andrew Gautreaux. The business they owned together is called Legacy Exploration, LLC.

3. Facebook allows users to upload videos. Upon reviewing Phillip Peterson's Facebook page I came across a video uploaded on May 24, 2024 that was publicly available since I had not accepted his friend request at that time. The video was a "selfie-video" whereby Phillip Peterson was talking to his own camera while recording.

4. On May 25 at approximately 10:48 p.m. I made a screen recording of the video on Phillip Peterson's Facebook page. In the video Phillip Peterson made multiple disparaging remarks regarding the law firm of Gordon Rees and its attorneys. A true and correct copy of screen recording video is provided with this declaration as Exhibit 1. The video provided is a duplicate of the original recording. The screen recording is a fair and accurate depiction of what I witnessed on Phillip Peterson's Facebook page. No changes or alterations have been made to the screen recording.

5. On June 5, 2024, I sent the screen recording to Brent Buyse who I know is an attorney defending Derrick May, Chance Smith, Jon Pearson, Optimum Energy Partners, and Optimum Exploration, LLC in a lawsuit filed by Legacy Exploration, LLC.

DocuSign Envelope ID: C41D162A-6833-424D-B263-324C237BF54B



Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

DocuSigned by:
3A8FED54DFB4429...

June 17, 2024 | 4:20 PM PDT

Date

HAUNAH MILLER