**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **LEGACY EXPLORATION, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:22-CV-00794-S** |
| | § | |
| **OPTIMUM ENERGY PARTNERS LLC, OPTIMUM EXPLORATION, LLC, DERRICK MAY, CHANCE SMITH, JON PEARSON.** | § § § § | **JURY DEMANDED** |
| | § | |
| ***Defendants.*** | § | |

**DECLARATION OF JOSEPH SHELTON**

1. My name is Joseph Shelton, I am over eighteen (18) years old, and I am competent to the attest to the facts set forth herein.

2. I am an employee for Optimum Energy Partners, LLC. I was formally an employee of Legacy Exploration, LLC. I am familiar with Mr. Phillip Peterson and have personal knowledge regarding text message correspondence he sent to my personal cell phone. I have personal knowledge and am familiar with the texts messages sent to and from my cell phone and they are records which are regularly maintained and kept by me.

3. Attached to this declaration are Exhibits 5 – 7 which are true and correct copies of texts received by me from Phillip Peterson between 2019 and 2022. Phillip Peterson is an owner of Legacy Exploration, LLC, the plaintiff in the above captioned and referenced case. The exhibits are unaltered and are exact duplicates of the originals received and sent.

4. Attached to this declaration is Exhibit 8 which is a true and correct copy of a message received by me from Phillip Peterson through my personal LinkedIn page in October of 2021. Phillip Peterson is an owner of Legacy Exploration, LLC, the plaintiff in the above captioned and referenced case. The exhibits are unaltered and are exact duplicates of the originals received and sent

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

6/17/2024
Date

Joseph Shelton
Joseph Shelton