**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| LEGACY EXPLORATION LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-00794-E |
| | § | |
| OPTIMUM ENERGY PARTNERS LLC et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**ORDER**

Before the Court is Defendants Optimum Energy Partners, LLC, Optimum Exploration, LLC, Derrick May, Chance Smith, and Jon Pearson (collectively "Optimum Defendants") Motion for Sanctions against Plaintiff, Legacy Exploration, LLC ("Legacy"). (ECF No. 151). The Court REFERS the motion to United States Magistrate Judge Brian McKay for recommendation.

**SO ORDERED:** this 28th day of August, 2025.

ADA BROWN
UNITED STATES DISTRICT JUDGE